IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GARY DAVID KISSNER**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. **06-617-JLF** |
| | ) |
| **DARRELL STEPHENSON**, | ) |
| **DONNA VAUGHN**, and | ) |
| **COUNTY OF WAYNE, ILLINOIS**, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, plaintiff's Motion for Stay Pending Remand **(Doc. 16)** is **DENIED**.

The scheduling conference remains scheduled for October 20, 2006. The parties shall submit their joint report and proposed scheduling order to cjppd@ilsd.uscourts.gov forthwith.

**IT IS SO ORDERED.**

**DATE:  October 17, 2006.**

                                                                                    **s/ Clifford J. Proud**
                                                                                    **CLIFFORD J. PROUD**
                                                                                    **UNITED STATES MAGISTRATE JUDGE**